# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KEVIN LANELL WARD, | ) CV 03-2076-DSF (JWJ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MIKE S. EVANS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 9/21/09

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1